STERNBERG et al. v. BURKE.

(Supreme Court, Appellate Term. November 18, 1903.)

1. LANDLORD AND TENANT—DEFECTIVE PREMISES—NOTICE OF DEFECT.
    Where a lease provided that written notice should be given to the landlord of any defect in the premises, the tenant was not entitled to recover for injuries to his goods resulting from water coming through the roof of the building, in the absence of such notice.

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Harris Sternberg and others against William E. Burke. From a Municipal Court judgment in favor of defendant, plaintiffs appeal. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

B. H. Arnold, for appellants.
T. C. O'Sullivan, for respondent.

PER CURIAM. This is an action to recover damages for injuries to plaintiff's goods resulting from water coming through from the roof of a building. The plaintiff was tenant of the defendant's building. The trial court dismissed the complaint at the close of plaintiff's case. If the action is predicated upon the lease, this defendant cannot be held, for the lease provided for written notice to the landlord of any defect, which notice was not given. If the action is predicated upon negligence, no case is made against the defendant.

Judgment must be affirmed, with costs.

¶ 1. See Landlord and Tenant, vol. 32, Cent. Dig. § 660.